IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

RECEIVED
DEC 29 2025
Wendy R Oliver, Clerk
U.S. District Court
W.D. OF TN, Memphis

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Criminal No. 25-I-26 TLP |
| v. ) | 26 U.S.C. § 7206(2) |
| ) | |
| REBECCA R. GILLEY, ) | TNWD Case # 2:26cr20062-1-TLP |
| a/k/a Rebecca Green, ) | |
| a/k/a Rebecca Maxwell ) | |
| ) | |
| Defendant. ) | |

# INFORMATION

## INTRODUCTION

At all times relevant to this Information:

### Internal Revenue Service

1. The Internal Revenue Service ("IRS") was an agency of the United States Department of the Treasury responsible for the administration of the tax laws of, and the collection of taxes owed to, the United States.

2. An IRS Form 1040, *U.S. Individual Income Tax Return* ("Form 1040"), was an annual income tax return filed by an individual taxpayer. Items reported on Forms 1040 included, but were not limited to, a taxpayer's income, deductions, and credits, which were used to determine the amount of federal tax owed by the taxpayer.

3. A Schedule C, *Profit or Loss from Business* (Sole Proprietorship) ("Schedule C"), was an IRS schedule attached to a Form 1040 on which a taxpayer

reported, among other things, the gross receipts, expenses, and income or loss from a business the taxpayer operated as a sole proprietorship.

4. A Form 8863, *Education Credits (American Opportunity and Lifetime Learning Credits)* ("Form 8863"), was an IRS form attached to a Form 1040 on which a taxpayer reported, among other things, qualified education expenses paid to eligible postsecondary educational institutions. A Form 8863 was used to calculate a taxpayer's education tax credits.

5. In March 2020, Congress passed the Families First Coronavirus Response Act, which required certain employers to provide employees with paid sick leave or expanded family and medical leave for specified reasons related to COVID-19. Congress provided tax credits against employment taxes for wages paid for such leave ("SFLC"). Congress extended the SFLC to self-employed individuals. The SFLCs were refundable, meaning that an employer could reduce his or her federal tax liability below zero in certain circumstances, thereby entitling the taxpayer to a tax refund.

6. A Form 7202, *Credits for Sick and Family Leave for Certain Self-Employed Individuals* ("Form 7202"), was used to calculate refundable qualified SFLCs if a taxpayer was unable to perform services as an eligible self-employed individual due to certain COVID-19 related circumstances between specified periods of time.

## Tax Return Preparation

7.     Defendant REBECCA R. GILLEY ("GILLEY") resided in Cordova, Tennessee, Olive Branch, Mississippi, and Memphis, Tennessee. Since at least 2018, GILLEY has owned and operated Tax Break Expert, LLC ("Tax Break Expert"). Tax Break Expert was a return preparation business based out of Memphis, Tennessee, within the Western District of Tennessee. Through Tax Break Expert, GILLEY prepared and filed and caused to be prepared and filed Forms 1040 and related IRS schedules and forms on behalf of client–taxpayers.

8.     GILLEY prepared and filed false returns for tax years 2018 through 2022. The tax returns reported, among other false items, false Schedules C, Forms 8863, and Forms 7202. The defendant's inclusion of false items on the returns fraudulently reduced the taxpayers' tax liabilities and caused the clients to receive fraudulently inflated tax refunds.

9.     For tax years 2020 through 2021, GILLEY filed over a thousand tax returns fraudulently claiming the SFLC. These false returns resulted in a total intended tax loss of at least $9,252,882.

10.    GILLEY generally added these false items to the returns without the clients' knowledge and rarely reviewed the returns with the clients beyond the refund amount the clients would receive. GILLEY enriched herself by charging clients a fee in exchange for the preparation and filing of returns.

## COUNT 1
## Aiding and Assisting in the Preparation of a False Tax Return

11. Paragraphs 1 through 10 of the Introduction to this Information are incorporated herein by reference as factual allegations.

12. On or about February 12, 2022, in the Western District of Tennessee and elsewhere, the Defendant, REBECCA R. GILLEY, willfully aided and assisted in, and procured, counseled, and advised the preparation and presentation to the Internal Revenue Service of a U.S. Individual Income Tax Return, Form 1040, for M.C. for calendar year 2021, which was false and fraudulent as to material matters. That tax return falsely claimed a Schedule C operating loss of $29,179, whereas, as the Defendant REBECCA R. GILLEY knew, M.C. was not entitled to claim that loss. That tax return also reported a false Sick and Family Leave Credit of $8,840, whereas, as the Defendant REBECCA R. GILLEY knew, M.C. was not entitled to claim the Sick and Family Leave Credit in that amount. All in violation of Title 26, United States Code, Section 7206(2).

D. MICHAEL DUNAVANT
United States Attorney

BY: *s/ Caroline E. Pearson*
Caroline E. Pearson, MD 2211290116
Max Willner-Giwerc
Trial Attorneys
U.S. Department of Justice
Criminal Division, Tax Section
1331 F Street NW
Washington, DC 20004
202-892-0239
Caroline.Pearson@usdoj.gov

4